PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE ~~Eastern~~ DISTRICT OF TEXAS
## ~~Lufkin~~ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC 0 1 2020

BY
DEPUTY_____

Antwane Jenkins II 01243245
Plaintiff's Name and ID Number

Texas Department of Criminal Justice
Place of Confinement

CASE NO. 9:20cv238 RC/ZH
(Clerk will assign the number)

v.

Georgiana Nchotebah N.P
Gib Lewis Unit 777 F.M. 3497 Woodville, TX ~~99788~~ 75990
Defendant's Name and Address

Srgt Christopher Rodgers
Gib Lewis Unit 777 F.M. 3497 woodville, TX ~~99788~~ 75990
Defendant's Name and Address

_____
_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

_____

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.   In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2.   If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*.   In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor.   You must also include a current six-month history of your inmate trust account.   If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.   The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee."   *See* 28 U.S.C. § 1915.   Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner.   If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.   If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account.   Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date.   Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief.   Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.   PREVIOUS LAWSUITS:

    A.   Have you filed *any* other lawsuit in state or federal court relating to your imprisonment?   ___YES  X NO

    B.   If your answer to "A" is "yes," describe each lawsuit in the space below.   (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.   Approximate date of filing lawsuit: N/A

        2.   Parties to previous lawsuit:
            Plaintiff(s) N/A
            Defendant(s) N/A

        3.   Court: (If federal, name the district; if state, name the county.) N/A

        4.   Cause number: N/A

        5.   Name of judge to whom case was assigned: N/A

        6.   Disposition:  (Was the case dismissed, appealed, still pending?)   N/A

        7.   Approximate date of disposition: N/A

II.    PLACE OF PRESENT CONFINEMENT: Texas Department of Criminal Justice

III.   EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    X YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Antwane Jenkins #01243275
Terrell Unit 1300 F.M. 655 Roshoron, TX 77583

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Georgiana Nchote bah, Nurse Practioner, U.T.M.B
Gib lewis 777 F.M. 3497 Woodville, TX 75990

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

ON March 23, 2020 she stated to C. Rodgers that there wasn't anything wrong
with me which led to a use of force when I'm disable

Defendant #2: Sgt. Christopher Rodgers, Safety Sgt. T.D.C.J.
Gib lewis 777 F.M. 3497 Woodville, TX 75990

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

BG. Nchotebah to him nothing was wrong with me and he used excessive
use of force

Defendant #3: N/A

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

N/A

Defendant #4: N/A

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

N/A

Defendant #5: N/A

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

N/A

V.   STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved.  Describe how <u>each</u> defendant is involved.  <u>You need not give any legal arguments or cite any cases or statutes.</u>  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I was transferred to Gib Lewis Unit mid-Nov. 2018, and I was transferred to the Estelle Unit on Dec. 21, 2018 and on Dec 22, 2018 I was neur, while on Gib Lewis administration seen that had issues with walking due to pre-existing back issues. They said I should not be there with a 7's yard walking restriction and should be on a smaller unit, so the put in For me to see a provider. I seen provider Georgiana Nchotebah N.P. on 11.29.18. During this visit she noted recommendations from ortho-spine hospital visit 7.24.18 and op agreed with Dr. Wright
continue →

VI.   RELIEF:

State briefly exactly what you want the court to do for you.   Make no legal arguments.  Cite no cases or statutes.

Seeking Relief in the Sum of 1.5 million Dollars

VII.   GENERAL BACKGROUND INFORMATION:

A.   State, in complete form, all names you have ever used or been known by including any and all aliases.

Auturine Jenkins/ mostly Just Jenkins in Prison

B.   List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

01243275 - TDCJ

VIII.   SANCTIONS:

A.   Have you been sanctioned by any court as a result of any lawsuit you have filed?   ____YES  X  NO

B.   If your answer is "yes," give the following  information for every lawsuit in which sanctions  were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.   Court that imposed sanctions (if federal, give the district and division):  N/A

2.   Case number:  N/A

3.   Approximate date sanctions were imposed:  N/A

4.   Have the sanctions been lifted or otherwise satisfied?   ____YES  X  NO

C.  Has any court ever warned or notified you that sanctions could be imposed?      _____ YES  ✗ NO

D.  If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that issued warning (if federal, give the district and division): N/A

2.  Case number: N/A

3.  Approximate date warning was issued: N/A

Executed on: 11·23·2020

DATE

Antoinette Jenkins
# 01243295

(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1.  I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2.  I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3.  I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

4.  I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____ 23 _____ day of _____ November _____, 20 _ 20 _.

(Day)           (month)           (year)

Antoinette Jenkins
# 01243295

(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions.  The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

follow-up visit on 8.2.18 that I have, he reduced other problems one at that time she reduced my walking restriction from 75 yards to 50 yards, and she is going to search for a smaller unit to transfer me to. During their search, they also seen that ortho spine recommended physical therapy. So they transferred me to the Estelle Unit to take physical therapy, to help start to walk better. While I was the Estelle Unit I was hurt badly by an officer manhandling me that sent me to the hospital. This was reported to the administration thiere, by way of grievance #2019057083, also to medical they had to come get me and take me to the hospital, and to the spine Doctor on 1.22.19 and they placed the incident in my medical records. & Ortho-spine Recommended that I be placed in a wheel-chair until I get my MRI. Medical at Estelle denied me medical attention to cover up that they hurt me, and its on receeding that Dr. Betty Williams said I was malingering (faking), but my MRI showed otherwise. My care manager for ortho-spine arranged that a wheelchair would be waiting at the Estelle Unit when I get off the bus from my hospital visit. She said she e-mailed Dr July @ RMF and a wheelchair was there, her name is cheryl. Estelle Unit is not a wheelchair unit and so medical there was trying to take my wheelchair. RMF (regione' Medical Facility) is at Estelle Unit, but is seperate medical wise. Warden Dickerson, Warden Vaughn, Major Smith made sure that I kept my wheelchair, because they saw as a layperson something was seriously wrong. All of this was

interrupting my physical therapy because where I take physical therapy is 1500 yards round trip when I had a 50 yard walking restriction. On 1·31·19 another Doctor there put in FOR me to be transferred to a smaller Unit, I could not be transferred because physical Therapy had a hold on me. I talk to a Nurse the day before I refused physical Therapy. I do not know her name, but its in my medical records and they will not let me purchase them as of now. The Nurse and I discussed that I should refuse physical Therapy to get transferred to my primary unit and they will see in your records where ortho-spine recommend me a wheelchair until my MRI and they will issue you a wheelchair and transfer you to a wheel chair Unit. I had a meeting with Warden Dickerson, Warden Vaughn, because my family got involved, and based off the Facts. The Doctor Name in my Records) order me to be transferred, I needed to go back to my primary Unit to get a wheelchair, and I already refused physical therapy, they had major Smith expidite me back to the Gib lewis Unit. Upon getting off the bus at the Gib lewis Unit on March 4, 2019 I sat on the ground. I was in a lot of pain from the long bus ride, They tried to make me walk a good 500 yards carrying heavy property, when I had a 50 yard walking restriction and a lifting Restriction. At that time I come to find out Dr. Betty William lifted my 50 yard restriction in an attempt to cover up that I got hurt on 1·17·19 only 17 day after I got the Estelle Unit and after it was just Reduced from 78 to 50 yards on 11·29·18. But I seen the Spine Doctor on 1·22·19

and he recommended wheelchair use to
Restriction Lindsey, Ronald Wayne M.D. (staff).
ort-orthopaedic surgery & Chen Jie, M.O, (Resident.
ort-orthopaedic surgery and had a follow up with another
Doctor on Estelle Unit that put in for a transfer to a smaller
Unit Unit 1.31.19. I'm sitting there trying to explain my
situation, but they did not care, they want me to get up
and walk. I could not do it, so they wrote me a
case and called medical to come get me in a wheelchair
to do a physical for Pre hearing Detention. As Now
I'm at medical as soon as provider Nicholebah seen
me, she told security that she review my records for
20 min, and said that nothing is wrong with and I
could walk. Thats also what Segt Rodgers put into
his file. So security grabbed me by both arms and
pulled me out the wheelchair all because there's no-
thing in my file about a wheelchair, I cannot see
how she miss my ortho visit on 1.22.19. So security
had me in this hold that had me leaning forward
going down the hill. I also almost fell forward face
first hadcuffed behind my back the leu. Seen this
and they get a wheelchair and took me down the
to the Live Building (Administration Building). They put
me in the cage, and when the call me to see classification
the other inmates tried to help me but officer Sumlin,
yolanda told them its nothing wrong me, but they seen
me get wheeled to the bus at Estelle Unit. So I tried to
hold onto everything I could but end up falling on the desk
and Sumlin threaten to spray me for touching the desk

Now I had sit down, I went inside was to classification. The only reason I the door Maybe I could talk to the Warden and explain whats going on and maybe she could talk to the Warden at Estelle Unit, because I had a 30 min. meeting with them and they sent me back to the Estelle Unit. At point I'm in serious pain both of legs where numb & pain shooting all in my back. So capt. Griffin heard the commotion and came and told me to get up. I told him I could not, and sumlin told him that I can because Medical said there is nothing wrong with me. She wrote me case so all this is in her report. So capt Griffin bent down and put the pepper spray direction in my face inches from my eyes. I told go ahead a spray me because can. Not stop him and I can't get up. Segt Rodger told him not to spray me, because everybody in the offices would be effecting it. So segt Rodgers and a Field Officer Manhandle me to pick me up and when I get up I fell Foreward against the desk again Knocking things off it, and they get really made grabbed me practically dragging out the door. When we get outside going through the going out the line building I almost fell again and I reached my right arm out to grab the post to keep from Falling. Thats when segt Rodgers said I swung at him. Now mind you there whure a lot of witnesses. They threw me down Face First handcuffed me behind my back, then turn me over and Shackled my legs

The Officer that shackled my legs, held his leg in field officer was hold my torso down with knee in my chest punching me in the face and each time he did my head bounced off the concrete, while Srgt Rodgers was choking me. I almost died, but medical showed up. And they had to stopp because they were in the wrong There are a lot witnesses, they all rode the bus with me, I do not know their their names but it easy for a lawyer to get the roster of all who went to Gib lewis that day, and they put all of us in the same cage. They remember because the whole unit knows what happens to me. It was that bad. My head was bleeding, my nose was bleeding, blood vessel's was bust in both eyes. Both eyes black and my mouth was bleeding including lips. Srgt Rodger used excessive use of force by me being handicap. Both warden & major at Estelle unit could you I was in no shape to even attempt to fight back. Gib lewis at this time was mostly 25 and younger. They are not used to deal with handicap people in there 40°. Srgt Rodgers wrote in his report that Provider Ncholebah told security that this nothing wrong me and there is nothing in my records for a wheel chair. He used too much period, but he did it to a handicap man. To make matter worse how did provider Ncholebah forget she put into my medical file that I has serious back problem reduced my walking range to 50 yards on 11.29.18. Also with TDCJ policy if I got a 50 yard walking restriction, and have to walk more than 50 yards, I have to have use of a wheelchair. That was the

purpose of protecting inmate from hazardous conditions, because everywhere I have to walk is more than 50 yards they have allow me use of a wheelchair, and since levis is not a wheelchair unit she was trying to transfer me. How she forget she uses the one that said there is something wrong me on 11/29/18 then on March 16, 2019 She tall security there is nothing wrong me and they wrote that in their report. Then I went to get my MRI on April 17, 2019 the following month and when I get my follow-up visit with Ncholebah, She issues me a temporary wheelchair pass on 5.13.2019 At this time I was locked in a cell 24 has a day So I did No walking, because they changed my custody level. They hurt me more than I need to be. She practice delibrate indifference and lfe used excessive use of fare. I need help with this, because I really don't to much.

IN THE UNITED STATES
DISTRICT COURT FOR THE
Eastern District of Texas
Lufkin Division

V.

Georgiana Nchotebah N.P.
Segt. Christopher Rodgers
Gib Lewis Unit 777 F.M. 3497
Woodville, TX 75990

Motion For Appointment
OF Counsel

Pursuant to 28 U.S.C. § 1915(e)(1) plaintiff moves For an
order appointing counsel to represent him in this
case. In support of this motion, plaintiff states:

1. Plaintiff is unable to afford counsel. He has requested
leave to proceed in Forma pauperis.

2. Plaintiff's imprisonment will greatly limit his ability
to litigate. The issues involved in this case are
complex, and will require significant research and
investigation. Plaintiff has limited access to the
law library and limited knowledge of the law.

3. A trial in this case will likely involve conflicting
testimony, and counsel would better enable
plaintiff to present evidence and cross ~~claim~~
examine witness

WHEREFORE, Plaintiff request that the court appoint Scott C. Medlock, a member of the Texas Bar, as counsel in this case

11.23.2020
Date

Antwune Jenkins #01243275

Antwune Jenkins

Terrell Unit

1300 F. M. 655

Rosharon, TX 77583

Emeergegy X

# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2019 092015 |
| Date Received: | MAR 1 2 2019 |
| Date Due: | 4-26-99 |
| Grievance Code: | 1024 |
| Investigator ID #: | J1016 |
| Extension Date: | |
| Date Retd to Offender: | APR 1 8 2019 |

Offender Name: ANTWINE JENKINS  TDCJ # 01243275

Unit: Gib lewis  Housing Assignment: 30L-2

Unit where incident occurred: Gib lewis

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Dean  When? 3.7.19 @ 10:00Am

What was their response? NONE

What action was taken? NONE

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

NURSE Durant Refuses me Medical Attention @ the Gib lewis Unit. There was a Use OF Force on me 3.6.19, because Provider Georgiana NCHotebah NP told Security Staff that Ortho-spine @ Galveston Never put into my File For me to have a wheelchair up until I have my MRI For New injuries that occured @ the Estelle Unit on Dec. 21 or 22 2018 when I was transferred there For physical therapy. On Jan. 22, 2019 (ortho-spine) Requested that I be put into a wheelchair until I have my MRI. Also my Case Manager @ Galveston UTMB e-mail Dr. July MD @ PMF For me to have a wheelchair until once I Stepped off the bus coming back From Galveston; there was a wheel chair there. I've had that wheelchair since Jan. 22, 2019. Witnesses Warden Dickerson & Funn Major Smith Capt. Jordan, Lev Weaver, The Chaplain, Sergt Williams Sergt. Parker all the Staff @ Estelle Unit Plus all the Cameras @ Estelle Unit has me on camera in that wheelchair. I was in a Wheelchair up until I got to Gib lewis I was rolled to the Infirmary in a wheelchair to get a Follow-up From my Galveston visit on Jan. 22, 2019 with medical to update my File since Gib lewis is my primary Unit and it's been noted to me I would be transferred again since Gib lewis do not have wheelchairs but Boyd Unit does and its built just like Gib lewis. Consequently Georgiana NCHotebah NP Told security @ infirmary that Galveston on Jan. 22, 2019 never Requested For wheelchair and reduce walkin Range to 50 yards and Transfer to compatible Unit. This provoked security to Force me to walk in which the end result was Use-OF-Force Now my back hurts ever worse, and I have an untreated concussion coupled with a

---

I-127 Front (Revised 11-2010)  YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM

MAR 1 2 2019
(OVER)

Appendix F

Disciplinary. Prior to this I had a Degenative Disc Disease with Finding that was wosee on July 2018 image than 2017. Review Medical Records to July 24, 2018 and review Dr Warren Spine specialist statements and my follow-up visit Aug. 2, 2018 From Dr. Wright MD to get a clear view of my ~~prior~~ prior condition. There (3) Spine Doctors and (1) Medical Doctor that say I have Spine issues. Because @ Galveston there are always (2) Doctor that sign off on the Findings of the patient. A.D. 0100+    MAR 1 2 2019

---

Action Requested to resolve your Complaint. Review Med. Records For Galveston on Jan. 22, 2019 and Please get me medical Attention I'm hurting and in a worse condition

Offender Signature: _Arthur Lee Jenkins_    Date: 3·7·19

Grievance Response:

Review of the Clinic Notes on 03-06-19 shows you were observed walking when you exited the chain bus. You refused to cooperate with the Provider for a proper evaluation. The Provider found no objective reason to assign you a wheelchair. Please submit a sick call request for further health concerns. Your grievance is unsubstantiated.

Signature Authority: _Kent Deshmon_    Date: 4·17·19

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:    *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance # _____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely affect the offender's health.

Medical Signature Authority: _____

**OFFICE USE ONLY**

Initial Submission    UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

2ⁿᵈ Submission    UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

3ʳᵈ Submission    UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

I-127 Back (Revised 11-2010)    Appendix F



**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

Offender Name: Antwune Jenkins  TDCJ # 01243275

Unit: Gib lewis GL  Housing Assignment: HSG 2T1

Unit where incident occurred: Gib lewis

| OFFICE USE ONLY | |
| --- | --- |
| Grievance #: | 2019092015 |
| UGI Recd Date: | MAY 0 1 2019 |
| HQ Recd Date: | MAY - 3 2019 |
| Date Due: | 10-15-19 |
| Grievance Code: | 024 |
| Investigator ID#: | I0352 |
| Extension Date: | |

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because...*

First, I did not receive my step(1) on April 18, 2019, because I was at the Estelle Unit My MRI was on April 17, 2019. I did not get my grievance back until April 26, 2019 After chained in on the 24th. First to give a rebutal to the response on the step(1). When I rode the chain bus I sat at the Front of the b. I did not walk off the bus, I climbed. I used both seats on either both sides of me as crutches, and used both bars on both sides of me to Angle myself off the bus. It is easier going down the (3) step than up - (gravity). If going down (3) steps is constituted as walking, in which (3) steps equals a yard. Immediately after I exited the bus, I sat down with my back against the column at the buses Front right tire and Rudder another step and a 1/2. The proof is I received a disciplinary For this, case # 20190167307. It states I refused proper evaluation by provider. I never was evaluated. I never left the cage in Front of the inFirmary. Provider NCHOTEBAH N.P. saw me in a wheelchair, that when Sgt Bakee asked her if I need go to the back For evaluation she said no, and stated that there is nothing wrong with me, I can walk, and orthospine never put in my File requesting a wheel chair on Jan. 22, 2019. The proof of this statement made by NCHOTEBAH, Review Sgt Christo phee Rodger notes For case # 2019016949 + Use of Force notes it states exactly that NCHOTEBAH told security there is nothing wrong me, I can walk and the step(1) say she said I didn't need a wheelchair. I sustained new injuries on Dec. 22, 2019 and its bee. Reported to administration grievance # 2019057083, also to Medical I was chained out (911) also ortho, Spine 1-22-19. In that visit to ortho I stated I could not walk long distances too much pain. From the bus to the inFirmary is about (400) yards. Ortho ordered (50) yard walking restriction, and a wheelchair until MRI so that I would not Further injure myself until we know whats wrong. Futhermore, on 11-29-18 NCHOTEBAH Reduced my Restriction to 50 yard From 75 yards off ortho notes on 7.24.18 and (clinic Notes on 8.2.18 by De Wright M.D) All of a sudden there is nothing wrong with me. Read wheelchair policy 6.51.9 + 6 51.9 Attach. A + B. I been diagnosed with Degentative Disc Disease on 7.24.18 by Dr Warren M.D, Det. orthopeadic Surgery, co-signed by Ronald

Wayne Lindsey M.D. (staff) oct. oethopaedic Surgery, on 1.22.19 I was Diagnoised with low back pain, back pain laterality, chronicity with sciatica presence, by Dr. Jie Chen M.D. oct. oethopaedic Surgery, cosigned by Ronald Wayne Lindsey M.D (staff) oct-oethopaedic surgery. Addition Dr. Wright M.D. 8.2.18 states I have severe back problems, Provider NCHOTEBAH N.P. is practicing deliberate indifference using her Authority to denie me medical Attention that could cause me harm. Prime example I been here since 3-6-19 with handicap shower pass and felt(2) a handicap cell still not in

Offender Signature: _____Centurione Jenkins_____   Date: April 30, 2019

Grievance Response:

A review of the Step 2 medical grievance and documentation has been completed regarding your medical complaint to have proper medical care and be assigned a wheelchair.

According to medical documentation you were given a temporary pass for a wheelchair by Ortho spine Hospital Galveston (HG) 01/22/2019 until your MRI was completed. Your MRI shows mild degeneration of your spine without spinal stenosis. You have been afforded an appointment with the unit provider 04/08/2019 to discuss these findings when you became loud, hostile and argumentative with the medical staff .You continued to talk loudly to the provider and requested to be transferred off your current unit of assignment. This request was denied as there is no medical indication for a transfer. Your request for a wheelchair was also denied. You were removed from the medical clinic by security due to your behavior. You have been afforded an appointment to Ortho spine for follow up 07/2019.

The review of the documentation indicates that you did not attempt informal resolution of your medical concerns with the medical supervisory staff. Your facility has an Informal Complaints Process in place. If you have future medical, dental, or psychiatric related complaints, you must first attempt resolution through this process. See HSA-34-CMHC A.12.1.

**STEP II MEDICAL GRIEVANCE PROGRAM**
**OFFICE OF PROFESSIONAL STANDARDS**
**TDCJ HEALTH SERVICES DIVISION**

Signature Authority: _____   Date: 5-8-19

Returned because:   *Resubmit this form when corrections are made.*

- [ ] 1. Grievable time period has expired.
- [ ] 2. Illegible/Incomprehensible.*
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments.*
- [ ] 5. Malicious use of vulgar, indecent, or physically threatening language.
- [ ] 6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**

| Initial Submission | CGO Initials: _____ |
|---|---|
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| 2nd Submission | CGO Initials: _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| 3rd Submission | CGO Initials: _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |

**Texas Department of Criminal Justice**

# STEP 1

**OFFENDER GRIEVANCE FORM**

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2019 093218 |
| Date Received: | MAR 1 4 2019 |
| Date Due: | 4-13-18 |
| Grievance Code: | 400 |
| Investigator ID #: | D016 |
| Extension Date: | |
| Date Retd to Offender: | APR 0 3 2019 |

Offender Name: Antwune Jenkins  TDCJ # 01243295

Unit: Gib Lewis  Housing Assignment: ~~EC-G-23TB~~

Unit where incident occurred: Gib Lewis  F-101

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Segt Baker  When? 3.6.19

What was their response? NONE

What action was taken? NONE

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

This is an appeal to Case # 2019064945  Assault on Officer. ON 3.6.19 I received (2) cases, one for creating a disturbance and this one. Question officer Sumlin, Yolanda cov about the statement that Im about to make is true. At 12:30 3.6.19 @ line Bldg. 6 Front desk I struggled to walk in after officer Sumlin told (2) offenders not to help me into the line Bldg. I came in a sat on the floor, because I was in tremendous pain after the chain ride and the attempt to walk. Officer Sumlin and I had a volley of exchanged words because she was ording me off the floor but I was in too much pain. Capt. Griffin came out his office and confronted me himself. I told him that my back hurts and I was in too much pain that I supposed to be in a wheelchair via Lortho-spine Jan. 22, 2019 Galveston visit until I have my MRI) —check Medi Records. Capt. Griffin Ask me if I was to have shades, I took my shades off and broke them, because he worried about my Glasses more about me being in pain so I broke them to end that conversation. He told me he would spray me orange. I told him go ahead. He told me twice to get off the floor I got up on second order. By this time there was more officers present I put both hands on desk while a officer had each arm. Capt Griffin told Sumlin to Retrieve the black pouch out my pocket that contained my ID and personal Info. She did so, and they placed me in hand restraints and escorte me out the line Bldg. to go to Medical For a PHD physical For creating a disturbance. — Ask Officer Sumlin is this a true statement ——— MAR 1 4 2019 ———

Now I pose a question. If I was escorted out the line Bldg. in hand restraint to get a PHD physical For creating a disturbance. When did I have opportunity to ball up my fist and strike Segt Rogers in shoulder/neck with my hand cuffed behind my back? To add to injury, Sumlin wrote the case For 12:30pm, and Rodger wrote the case 12:45pm. It only take about 30 sec. to walk from line bldg. desk to

---

I-127 Front (Revised 11-2010)  YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM  MAR 1 4 2019 (OVER)

t has be
at has be

Appendix F

out Front of line Bldg. 15 min. is a long time, long enough for error. There is a lot of Grey area thats unexplainable. Since it happen in Front of live Bldg. Everybody I came on chain with was in the cage. Check in chain list For 3.6.19 and question those offenders to what Really happened. They will tell you I was assaulted in handcuffs no one could tell you I ~~shot~~ hit Srt. Rodger because I was in handcuffs. Check Cameras @ D.E.F For images That may occurred in Front of the live bldg at this date. I've heard From an officer when I was here in Dec. 2018 That it caught images of inmates doing wrong. I made a mental note at that, check those cameras  also ABC, MAR 14 2019

---

Action Requested to resolve your Complaint. Overturn case # 20190164945 because it was impossible For me to strike Srt Rodgers in hand restraints. (Behind back)

Offender Signature: _____          Date: 3·12·19

Grievance Response:

A review of Major Disciplinary Case #20190164945 for code 03.3, has been conducted. No errors in procedure, due process or the punishment phase has been noted. The decision of the Disciplinary Hearing Officer was based on the preponderance of credible evidence presented at the hearing. No evidence has been found to warrant overturning the above mentioned disciplinary case. No further action is warranted.

Tovi Butcher
Warden

Signature Authority: _____          Date: APR 0 3 2019

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (1-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:          *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority: _____

**OFFICE USE ONLY**

Initial Submission          UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Rec'd from Offender: _____
Date Returned to Offender: _____

2nd Submission          UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Rec'd from Offender: _____
Date Returned to Offender: _____

3rd Submission          UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Rec'd from Offender: _____
Date Returned to Offender: _____

I-127 Back (Revised 11-2010)

Appendix F



**Texas Department of Criminal Justice**

# STEP 2    OFFENDER GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2019093218 |
| UGI Recd Date: | 17 APR 2019 |
| HQ Recd Date: | APR 23 2019 |
| Date Due: | 05-19 |
| Grievance Code: | 400 |
| Investigator ID#: | 12-448 |
| Extension Date: | 06-18 |

Offender Name: ANTUWNE JENKINS   TDCJ # 01243275

Unit: Estelle (GL)   Housing Assignment: HSF·123 B

Unit where incident occurred: Gib lewis

*You must attach the completed Step 1 Grievance tha... ...en signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 th... ...en returned unprocessed.*

Give reason for appeal (Be Specific).   *I am dissatisfied with the response at Step 1 because...*

I was almost murdered by Sergt Rodgers @ the Gib lewis Unit while Capt. Griffin onlooked. I would only wish that you all would do an investigation, because if you do so you would find that I did not strike Sergt Rodgers, plus it was too many witnesses, beside officer only seeking to protect their best interest motive to fabricate. Sergt Rodger literally tried to choked the life out of me while one officer pressed on my chest & hold me down hitting in the face while another officer held my legs down, coupled with my hands cuffed behind my back & my legs shackled. If any attempt of a piece of an investigation will prove this. The whole chain bus was there I rode in on. Even though I do not know any of the offenders I know they will say I was wheeled to the bus in a wheelchair & that they tried to kill me beating me in handcuffs. I know they will say this, because its the truth. I only ask that you do not write me off like you do others and do the right thing and get OIG involved instead of using selective truth avoiding the true issues did I actually do what he said I did, and did he ~~do~~ do what I saying he did instead using already to go responses "There is no procedurally erroc". I got same response on many grievances with no investigation for the truth. It is often used when you have ground to stand on, so they use no commital avoidance. Know it will be my duty to reveal what happen to me and the common practice of the officer @ Gib lewis. I witnessed already in 1½ months with (3) weeks of locke down officer beating inmates in handcuffs. This grievance is about my 8th amendment being violate "Excessive Force" by prison guards constitutes cruel and unusual punishment. Hudson v. McMillian 503 U.S. (1) when it is not applied "in "Good Faith effort to maintain or restore discipline" but instead is used to "Maliciously and sadistically cause harm."

I-128 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix G

Estate Ostenfeld v DeJo 115 F.3d 1308 - Brown v Lippard 472 F.2d 384 Jeffers v. Gomez 267 3d 895 - responsible For the unessary and wanton inflicton of pain "wanton" mean hateful, cruel or uncalled For M.O. I called him a C R A C K R its in his report. View camera footage and Pictures. I'm physically inept. Back Espine Nerve damage legs(L) Knee damage bad Feet. Shoulder damage cant lift them. MRI Results 5-17-17 Sgt Rodgers tried to Murder me. Investigate

Offender Signature: _____  Date: April 16, 2019

**Grievance Response:**

A review of disciplinary case #20190164945 has been completed. There was sufficient evidence presented to sustain the 3.3 charge and the finding of guilt. Records indicate that the hearing was conducted per policy and there were no due process or procedural errors noted. The punishment was within Agency guidelines for this offense. No further action warranted by this office.

Signature Authority: _____ B. BARNETT _____  Date: JUN 07 2019

Returned because:   *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | CGO Initials: _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____ Screened   ____ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| 2nd Submission | CGO Initials: _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____ Screened   ____ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| 3rd Submission | CGO Initials: _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____ Screened   ____ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |



# Texas Department of Criminal Justice

## STEP 1    OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2019 095104

Date Received: MAR 18 2019

Date Due: 4-17-19

Grievance Code: 400

Investigator ID #: 1016

Extension Date: _____

Date Retd to Offender: APR 0 5 2019

Offender Name: Antwuve Jenkins    TDCJ # 01243275

Unit: Gib lewis    Housing Assignment: HSG 231 B

Unit where incident occurred: Gib lewis

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Capt.    When? 3.12.19

What was their response? guilty

What action was taken? guilty - 6.5

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

This is an appeal to case # 2019065489 - creating a disturbance. I was sitting on the floor @ the Admin. Bldg., because I was in significant pain, and security was trying to make me do things that are beyond my means. The ADA prevents discrimination against people with disabilities 42 USC §§ 12101 - 12213. As of right now I'm physically inept. I left the Gib lewis Unit and transferred to Estelle right before Christmas for physical therapy. While I was at the Estelle Unit I sustained new injuries. I've been in a wheelchair since Jan. 22, 2019, after my ortho-spine visit. I reported this incident to ortho-spine; the injuries I sustained, and how they were sustained - check Med. Rec.. Ortho-spine requested that I be placed in wheel chair until MRI to prevent further injury and to prepare me for surgery. My injury was also to Medical Dec. 21-22, 2019, and I went to hospital (911). The injury was reported to Administration by way of grievance, in which, the grievance is in the Set 2 phase - grievance # 2019057083. The plan give to me by nurse was to refuse Physical Therapy, go back to Gib lewis (my primary unit), and the provider will see on Jan. 22, 19 ortho-spine requested wheelchair; they will give you a temporary wheelchair p. s and send you to a compatible unit that meet your needs, which was also requested by ortho-spine. What transpired was that Provider NCHOTEBAH, G NP told security staff that ortho-spine never requested a wheelchair and that its no where in my file. (Check Medical Records ortho-spine Jan 22, 2019. This caused security to force me to do things that I'm unable to do. This is called deliberate indifference. On March 4, 2019 @ approx 12:45pm I had a meeting with Wardens @ Estelle about my issues, because family complaining (verify). They had me expedited by way Major smith to Gib lewis, so I can get Medical treatment thats needed, since Gib lewis is my primary unit. Instead, I received Disciplinary, jumped on, 6.5 and sustained more injuries. This would have never occurred if Provider NCHOTEBA

MAR 18 2019

6 NP would gave wheelchair pass and shipped me to a Unit that is compatible — (A Medical Unit). Furthermore, in the CMHC policy guidelines 6.51.9 6.51.9 Attachment A, there is a special wheelchair committee, treatment plan for offenders refusing to walk. Here we see another alternative instead of Use of force of the physical disable. I've been discriminated against due to my disabilities, which is directly against the ADA 42 USC §§ 12101-12213. I had no other alternative but to sit down @ Admin. Bldg. to relieve pressure and severe pain in back & legs. Also note, I've been in a wheelchair for (42) day at Estelle before I arrived at Gib Lewis by way of case manager H6. Email re: July @ RMF for wheelchair to be given.

**Action Requested to resolve your Complaint.** Overturn case # 20190165489   because I'm physically disable & provider had an oversight on Med. Rec.

**Offender Signature** ___Nathaniel Jenkins___   **Date:** 3·16·19

**Grievance Response:**

A review of Major Disciplinary Case #20190165489 for code 23.0, has been conducted. No errors in procedure, due process or the punishment phase has been noted. The decision of the Disciplinary Hearing Officer was based on the preponderance of credible evidence presented at the hearing. No evidence has been found to warrant overturning the above mentioned disciplinary case. No further action is warranted at this time.

**Signature Authority:** _____   J. Larue   **Date:** 4-4-19
Assist. Warden

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** _____ *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days.
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

<table>
<tr><td colspan="2">OFFICE USE ONLY</td></tr>
<tr><td>Initial Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>2nd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>3rd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
</table>

Appendix F



**Texas Department of Criminal Justice**

# STEP 2     OFFENDER
GRIEVANCE FORM

Offender Name: Ashwune Jenkins   TDCJ # 01243275

Unit: ~~Estelle~~ (G1)   Housing Assignment: HSF·123B

Unit where incident occurred: Gib lewis

JUL 0 2 2019

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2019095104 |
| UGI Recd Date: | 17 APR 2019 |
| HQ Recd Date: | APR 23 2019 |
| Date Due: | 05-19 |
| Grievance Code: | 400 |
| Investigator ID#: | 12448 |
| Extension Date: | 06-18 |

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 th... ..s been returned unprocessed.*

Give reason for appeal (Be Specific).   I am dissatisfied wit'... ...se at Step 1 because...

This whole incident started b... use Provider NCHOTEBAH told sucurity that there wasn't anything wrong with me and I walk just fine, and that ortho-spine on Jan. 22, 2019 did not request wheelchair until MRI results. Check Med Records ortho-spine Jan. 22, 2019. I've been in a wheelchair @ Estelle Unit since Jan. 22, 2019 — March 6, 2019 when I got transferred to Gib lewis unit. On March 18, 2019 I saw provider Hanson N.P. ~~Foll~~ For Follow-up ortho-spine. She saw that ortho-spine did infact requested wheelchair. Instead of given me a wheelchair she gave me a walker. Even a walker proves I need assistance in walking. The true reason why I was denied a wheelchair, because it would be an omission of guilt on their part. Despite me having a walker each time I went to medical on April 2, 2019 — April 8, 2019 I was wheeled in in a wheelchair. Even a layperson such as sucurity can see that I need a wheelchair. Review cameras. question escort officers. I sat down because I was in extreme pain and could no longer walk. I been on Estelle Unit since Dec. 21, 2018 — March 6, 2019 and never walked, now they trying to make me walk a country mile case# 2019 01164945 Sergt. Rod... ...note in his report Use-of-Force that NCHOTEBAH stated there is not ... wrong with me. The reason I'm on Medical chain & writing sauce from Estelle Unit, is because my MRI appointment is to April 17, 2019, and I have a follow-up shortly after with ortho- this same month. add the results to this grievance you all one ab find the results, because you all know when my follow-up ap... ...s after my MRI check ortho-spine on that date

I-128 Front (Revised 11-...)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Appendix G

to see what they say is wrong with me & my medical treatment plan.
This will prove I had reason to sit, because I'm physically
inept.

Offender Signature: _Antwaunjon Wilkins_  Date: April 16, 2019

Grievance Response:

A review of disciplinary case #20190165489 has been completed.  There was sufficient evidence presented to sustain the 23.0 charge and the finding of guilt.  Records indicate that the hearing was conducted per policy and there were no due process or procedural errors noted.  The punishment was within Agency guidelines for this offense.  No further action warranted by this office.

Signature Authority: _B. BARNETT_   _BBarnett_   Date: _JUN 0 7 2019_

Returned because:  *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**

Initial Submission          CGO Initials: _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) ____Screened _____Improperly Submitted

Comments: _____

Date Returned to Offender:_____

2nd Submission          CGO Initials: _____

Date UGI Recd:_____

_____ned _____Improperly Submitted

1 __
3 __          CGO Initials: _____
Date __
Date C __
(check __
Comments. __
Date Returned

I-128 Back (Revised 11-2010)                    Appendix G

Antwune Jenkin
Terrell Unit
1300 FM. 655
Rosharon, TX 77583

1243275

Legal Mail

Unit States Disteict Court
Eastern Division of Texas
104 North Thied Street
Lufkin, TX 75901

Legal Mail

FOREVER / USA   FOREVER / USA   FOREVER / USA