U.S District court cleek,    Dec. 19, 2020
                              @ 3:39 p.m.

I sent a Prisoner's civil Rights complaint on Nov. 23, 2020 Through the Terrell Unit law Library, and I have not Recieved a response. But I'm notifying you of a change of address:

Antwune Ladon Jenkins #01243275
Beto Unit
1391 F.M. 3328
Tenn. colony, TX 75880

Thanks!
Antwune Jenkins

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC 2 3 2020

BY
DEPUTY _____

Autumn Jewllus #01243295
Beto Unit
1341 FM 3328
Tenn. Colony, TX 75880

Legal
Mail
=

Clerk
United States District Court
Eastern District Court
104 North Third Street
Lufkin, TX 75901

NORTH TEXAS TX P&DC
DALLAS TX 750
21 DEC 2020 PM 6 L

CLERK, U.S. DISTRICT COURT
RECEIVED
DEC 23 2020
EASTERN DISTRICT OF TEXAS
LUFKIN, TEXAS

Dec. 21, 2020