IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ANTWANE JENKINS | § | |
| VS. | § | CIVIL ACTION NO. 9:20-CV-238 |
| GEORGIANA NCHOTEBAH, ET AL. | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Antwane Jenkins, a prisoner currently confined at the Hughes Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Georgiana Nchotebah and Christopher Rodgers.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends granting defendants' motion for partial dismissal to the extent that the claims against them in their official capacities for damages should be dismissed.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings. Plaintiff filed a response to the report and recommendation in which he states that he agrees to the dismissal of the official capacity claims.

<u>ORDER</u>

The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (document no. 26) is **ADOPTED**. Defendants' motion for partial dismissal (document no. 14) is **GRANTED**, and the claims against the defendants in their official capacities are **DISMISSED**.

**SIGNED** this the **28** day of **February, 2022.**

_____
Thad Heartfield
United States District Judge