| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

ANTWUNE JENKINS, §
        Plaintiff, §
versus § CIVIL ACTION NO. 9:20-CV-238
GEORGIANA NCHOTEBAH, *et al.*, §
        Defendants. §

## PARTIAL JUDGMENT

This action came on before the court, Honorable Marcia A. Crone, District Judge, presiding, and, the issues having been considered and a decision having been rendered, it is

**ORDERED** and **ADJUDGED** that Defendants' Motion for Entry of Partial Final Judgment is **GRANTED**, and Defendant Georgiana Nchotebah is **DISMISSED** from this action pursuant to Federal Rule of Civil Procedure 56.

SIGNED at Beaumont, Texas, this 30th day of January, 2024.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE