IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| **ANTWUNE JENKINS** <br> *Plaintiff* | § § § | |
| v. | § | CIVIL ACTION NO. 9:20-CV-238 |
| **CHRISTOPHER ROGERS** <br> *Defendant* | § § § § | |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

B. Eric Franklin, attorney of record for Plaintiff Antwune Jenkins in the above styled and numbered cause, files his motion to withdraw as attorney of record and for cause would show the Court as follows:

I.

Undersigned counsel was appointed to represent Mr. Jenkins in the United States District Court. Mr. Jenkins went to trial and verdict came back as no use of excessive force.

II.

Mr. Jenkins wishes to appeal his verdict and undersigned counsel filed a notice of appeal on his behalf. Undersigned counsel was only appointed to represent Mr. Jenkins for trial. Furthermore, counsel believes that it is best practices under the Texas and American Bar Association model rules of ethical conduct to have a different attorney on appeal.

WHEREFORE, undersigned counsel prays that he be allowed to withdraw as attorney of record.

Respectfully Submitted,

                                                FRANKLIN, FRANKLIN & ASSOCIATES, PLLC

                            By: */s/ Eric Franklin*                  
                                 B. ERIC FRANKLIN
                                 Texas Bar No. 24105631
                                 eric@franklinfranklinlaw.com
                                 485 Milam St.
                                 Beaumont, Texas 77701
                                 (409) 245-0001 Telephone
                                 (832) 533-8712 Fax

                                 **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I certify that on June 10, 2025 a copy of the foregoing was transmitted to all counsel of record in the above-referenced and numbered action via electronic filing.

                                      */s/ Eric Franklin*               
                                      B. Eric Franklin