IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| **ANTWUNE JENKINS** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 9:20-CV-238** |
| | § | |
| **CHRISTOPHER ROGERS** | § | |
| *Defendant* | § | |

## PLAINTIFF'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff, Antwune Jenkins, by and through his attorney of record, Eric Franklin, gives notice of appeal to the United States Court of Appeals for the Fifth Circuit from this Court's final judgment dismissing the case on June 10, 2025.

Respectfully Submitted,

FRANKLIN, FRANKLIN & ASSOCIATES, PLLC

By: */s/ Eric Franklin*
B. ERIC FRANKLIN
Texas Bar No. 24105631
eric@franklinfranklinlaw.com
485 Milam St.
Beaumont, Texas 77701
(409) 245-0001 Telephone
(832) 533-8712 Fax

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that on June 10, 2025 a copy of the foregoing was transmitted to all counsel of record in the above-referenced and numbered action via electronic filing.

*/s/ Eric Franklin*
B. Eric Franklin